IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN MABLE, et al., | |
| PLAINTIFFS, | No. 3:10-CV-1214 |
| v. | (JUDGE CAPUTO) |
| JEFFREY A. BEARD, et al., | (MAGISTRATE JUDGE SMYSER) |
| DEFENDANTS. | |

## ORDER

NOW this 26th day of April, 2011, the motion to strike (Doc. 70) the amended complaint is **GRANTED**. The amended complaint (Doc. 68) is **STRICKEN** for violating Fed. R. Civ. P. 15(a)(2). Upon review of the report and recommendation of Magistrate Judge J. Andrew Smyser (Doc. 23) for plain error or manifest injustice, **IT IS FURTHER ORDERED** that:

(1) The report and recommendation (Doc. 55) is **ADOPTED.**

(2) The motions to dismiss the complaint (Docs. 39, 51) against defendants Beard, Sowga, and Walsh is **GRANTED**.

(3) This plaintiff is given leave to file an amended complaint in accordance with Local Rule 15.1 within twenty-one days from the date of this Order.

(4) This matter is **RECOMMITTED** to the magistrate judge.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge