IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN MABLE, et al., | |
| PLAINTIFF, | No. 3:10-CV-1214 |
| v. | (JUDGE CAPUTO) |
| JEFFREY A. BEARD, et al., | (MAGISTRATE JUDGE SMYSER) |
| DEFENDANTS. | |

## ORDER

**NOW** this 27th day of February, 2012, upon review of the report and recommendation of Magistrate Judge J. Andrew Smyser (Doc. 124) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The report and recommendation (Doc. 124) is **ADOPTED.**

(2) Defendant Bohinski's Motion to Dismiss the Plaintiff's Amended Complaint (Doc. 110) is **GRANTED**. The complaint is DISMISSED as to Defendant Bohinski.

(3) This matter is RECOMMITTED to the magistrate judge.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge