## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEVEN MABLE, et al.,

    PLAINTIFF,

    v.

JEFFREY A. BEARD, et al.,

    DEFENDANTS.

No. 3:10-CV-1214

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SMYSER)

## ORDER

**NOW** this 27th day of February, 2012, upon review of the report and recommendation of Magistrate Judge J. Andrew Smyser (Doc. 124) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)    The report and recommendation (Doc. 124) is **ADOPTED.**

(2)    Defendant Bohinski's Motion to Dismiss the Plaintiff's Amended Complaint (Doc. 110) is **GRANTED.**  The complaint is DISMISSED as to Defendant Bohinski.

(3)    This matter is RECOMMITTED to the magistrate judge.

A. Richard Caputo
United States District Judge