# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| STEVEN MABLE, et al., | : | |
|---|---|---|
| **Plaintiffs** | : | **CIVIL ACTION NO. 3:10-1214** |
| v. | : | |
| JEFFREY BEARD, et al., | : | **(JUDGE MANNION)** |
| **Defendants** | : | |

# O R D E R

Based upon the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the plaintiffs' objections to Judge Carlson's report, (Doc. No. 192-93, Doc. No. 194, Doc. No. 200-01), are **OVERRULED**;

**(2)** Judge Carlson's report, (Doc. No. 191), is **ADOPTED** as noted in the memorandum; and

**(3)** the defendants' motion for summary judgment, (Doc. No. 148), is **GRANTED** to the extent that it is argued that the defendants are entitled to judgment as a matter of law on the merits of the plaintiffs' Eighth Amendment claim.

**(4)** the Clerk of Court is directed to **CLOSE** this case.

**(5)** any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

                                                s/ *Malachy E. Mannion*
                                                **MALACHY E. MANNION**
                                                **United States District Judge**

**Date: June 4, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2010 MEMORANDA\10-1214-01.ORDER.wpd